IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN STEIB, # 195252, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:16-CV-563-WKW |
| KEITH REED, KIM TURNER, | )             [WO] |
| OFFICER LANDREAU, AND | ) |
| OFFICER TRAWICK, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On December 13, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the record as a whole, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 24) is ADOPTED.

(2)   This action is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust properly an administrative remedy prior to seeking relief from this court.

(3)   No costs are taxed.

A final judgment will be entered separately.

DONE this 13th day of January, 2017.

                                       /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE